UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERIK WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | No. CV 11-717 FFM<br><br>JUDGMENT |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed and this action is dismissed with prejudice.

DATED: October 17, 2011                          /S/ FREDERICK F. MUMM
                                                                                                     FREDERICK F. MUMM
                                                                         United States Magistrate Judge